UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                                         CRIMINAL ACTION NO. 3:06CR-168-S

TOBIAS JONES                                         DEFENDANT

## **MEMORANDUM OPINION AND ORDER**

      This matter is before the court on the motion of the defendant, Tobias Jones, to revoke the magistrate judge's order of August 22, 2007 detaining him pending appeal. The court has reviewed the pleadings, including the defendant's motion and the grounds relief upon therein.

      The court concludes that a hearing is not necessary.

      In his order of August 22, 2007, the magistrate judge carefully and thoughtfully reviewed the law and the facts in this matter and concluded that there was no condition or combination of conditions which would reasonably assure the safety of the community if the defendant were released prior to trial or disposition of the government's appeal in this matter. The magistrate judge further determined that the due process rights of the defendant were not thus offended.

      Upon careful review, the court concludes that the magistrate judge's ruling was sound, and ought not to be revoked or disturbed.

      Accordingly, and for the reasons stated by the magistrate judge in his earlier opinion and order, the motion of the defendant to revoke the detention order may be and the same is hereby **DENIED**.

      **IT IS SO ORDERED** this

cc:      Counsel of Record